1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    KEN ROBINSON, et al.,                          CASE NO. CV-F-05-1258 REC LJO

12                    Plaintiff,            _____**ORDER TO STRIKE COMPLAINT AND ON**
                                                   **APPLICATION TO PROCEED**
13                                                 **WITHOUT PREPAYMENT OF FEES**
                                                   (Docs. 1, 3.)
14         vs.

15    JOHN SNOW, Secretary of Treasury,
      et al.,

16                    Defendants.
      _____/
17

18         On October 4, 2005, plaintiff Ken Robinson ("Mr. Robinson") and others filed a lengthy,

19    rambling and indecipherable document which this Court construes as a complaint.  Mr. Robinson also

20    filed an Application to Proceed without Prepayment of Fees and Affidavit ("application").  The

21    complaint's caption indicates there are eight plaintiffs.   The complaint's signature page includes

22    signature spaces for nine individuals.   The complaint is signed by only four individuals.

23         Each document submitted for filing must include the original signature of the filing party or

24    parties.  Local Rule 7-131; F.R.Civ.P. 11(a).  Since the complaint is not signed by all plaintiffs, this

25    Court strikes the complaint.[1]   Since the complaint is stricken, this Court need not consider Mr.

26    Robinson's application.

27    _____

28         [1]         When a document is stricken, it becomes a nullity and is not considered by the Court for any purpose.

                                           1

On the basis good cause, this Court:

1.    GRANTS plaintiffs up to October 15, 2005 to file a complaint with all appropriate signatures; and

2.    ADMONISHES plaintiffs that this Court will recommend to dismiss this action if plaintiffs fail to timely comply with this order.


IT IS SO ORDERED.

**Dated:    October 5, 2005**                    **/s/ Lawrence J. O'Neill**
66h44d                                    UNITED STATES MAGISTRATE JUDGE

2