IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN ROBINSON, et al., | CASE NO. CV-F-05-1258 REC LJO |
| Plaintiff, | **ORDER TO SUBMIT APPLICATIONS TO PROCEED IN FORMA PAUPERIS OR TO PAY FILING FEE** |
| vs. | |
| JOHN SNOW, Secretary of Treasury, et al., | |
| Defendants. | |

On October 4, 2005, plaintiff Ken Robinson ("Mr. Robinson") and others filed a lengthy, rambling and indecipherable document which this Court construes as a complaint. Mr. Robinson also filed an Application to Proceed without Prepayment of Fees and Affidavit ("in forma pauperis application"). With its October 7, 2005 order, this Court struck the complaint because it was not signed by all apparent plaintiffs.

On October 17, 2005, Mr. Robinson and others filed a lengthy, rambling and indecipherable document which this Court construes as a complaint to comply with the October 7, 2005 order. Neither Mr. Robinson nor the other purported plaintiffs have paid the $250 filing fee. *See* 28 U.S.C. § 1915(a)(2). Only Mr. Robinson has submitted an in forma pauperis application. This Court is unable to determine whether the other plaintiffs must pay the $250 filing fee or may proceed in forma pauperis.

On the basis good cause, this Court GRANTS plaintiffs, other than Mr. Robinson, up to October 28, 2005 to pay the $250 filing fee or to submit fully completed in forma pauperis applications to

1  demonstrate they are entitled to proceed without prepayment of fees.  **Failure to timely comply with**
2  **this order will result in a recommendation to dismiss this action.  This Court will take no action**
3  **on plaintiffs' claims until plaintiffs comply with this order.**
4        IT IS SO ORDERED.
5  **Dated:   October 18, 2005**              /s/ Lawrence J. O'Neill
   66h44d                                UNITED STATES MAGISTRATE JUDGE