**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEN ROBINSON, et al., | CASE NO. CV F 05-1258 REC LJO |
| Plaintiff, | **ORDER ON PLAINTIFFS' REQUEST** |
| vs. | (Docs. 27.) |
| JOHN SNOW, Secretary of Treasury, et al., | |
| Defendants. | |

Plaintiffs proceed on their amended complaint filed November 10, 2005. On April 27, 2006, plaintiff Percy McIntosh ("Mr. McIntosh") filed a document entitled "Complainants [sic] Request Leave To Amend Complainant [sic]" ("document") and signed only by Mr. McIntosh. The document refers to Fourteenth Amendment's "equal protection of the laws" and appears to quote at length a United States Supreme Court decision addressing freed slaves. The document concludes: "The agents pray that the Court will allow them the same latitude that the courts, up to this point, have shown toward the Agency in order to ensure that all Americans receive a fair hearing for their grievances."

This Court is unable to decipher what Mr. McIntosh seeks to accomplish with the document. If Mr. McIntosh seeks to file a further amended complaint, he must seek this Court's order. *See* F.R.Civ.P. 15(a). However, there are procedural defects to amend. The document is not an amended pleading to satisfy F.R.Civ.P. 15(a). Nothing indicates the amended complaint has been served on defendants to comply with F.R.Civ.P. 4(i) or that the document has been served on defendants.

1  Moreover, the document is signed only by Mr. McIntosh.  Each document submitted for filing must
2  include the original signature of the filing party or parties.  Local Rule 7-131; F.R.Civ.P. 11(a).  Since
3  the document is not signed by all plaintiffs, it is not properly before this Court.

4  In light of the document's deficiencies, this Court is unable to act on it and DENIES any relief
5  which the documents seeks.

6  IT IS SO ORDERED.

7  **Dated: April 12, 2006**       **/s/ Lawrence J. O'Neill**
  66h44d             UNITED STATES MAGISTRATE JUDGE