# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ROBINSON, et al., | CASE NO. CV F 05-1258 OWW LJO |
| Plaintiffs, | **ORDER TO SET STATUS CONFERENCE** |
| vs. | Date:  August 1, 2006 |
| JOHN SNOW, Secretary of the Treasury, | Time:  8:30 a.m. |
| | Dept.:  8 (LJO) |
| Defendant. | |

This Court set a June 22, 2006 mandatory scheduling conference. Most of the plaintiffs recently retained counsel after they had proceeded pro se. Plaintiffs' recently retained counsel indicated that plaintiffs will seek to file a further (second) amended complaint and that plaintiffs will file a proof of service of their pending first amended complaint. Defendant has neither appeared in this action nor acknowledged service of the summons and amended complaint. As such, postponement of the mandatory scheduling conference is appropriate. On the basis of good cause, this Court:

1. VACATES the June 22, 2006 scheduling conference;

2. ORDERS plaintiffs, no later than July 12, 2006, to seek leave of this Court to file a second amended complaint. Plaintiffs' counsel is encouraged to contact Assistant U.S. Attorney Brian Enos at (559) 497-4058 to address filing a second amended complaint;

3. ORDERS plaintiffs, after they receive leave to file a second amended complaint, to forthwith serve the summons and second amended complaint on defendant;

| | | |
|---|---|---|
| 1 | 4. | SETS a status conference for August 1, 2006 at 8:30 a.m. in Department 8 (LJO) of this Court.  The parties are encouraged to appear at the mandatory scheduling conference by telephone by arranging a one-line conference call and then adding the Court at (559) 499-5680.  At the status conference, the parties shall be prepared to discuss the status of plaintiffs' second amended complaint and its service and whether the parties consent to the conduct of all further proceedings before a United States Magistrate Judge; |
| 7 | 5. | DIRECTS this Court's clerk to serve a copy of this order on Assistant U.S. Attorney Brian Enos, 2500 Tulare Street, Suite #4401, Fresno, CA 93721, and if possible, by e-mail. |

IT IS SO ORDERED.

**Dated:     June 21, 2006**                    /s/ Lawrence J. O'Neill
66h44d                                          UNITED STATES MAGISTRATE JUDGE