**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH ROBINSON, et al., | CASE NO. CV F 05-1258 OWW LJO |
| Plaintiffs, | **ORDER TO SET STATUS AND SCHEDULING CONFERENCES** |
| vs. | Status Conference: |
| JOHN SNOW, Secretary of the Treasury, | Date: September 14, 2006<br>Time: 8:30 a.m.<br>Dept.: 8 (LJO) |
| Defendant. | Scheduling Conference: |
| | Date: October 13, 2006<br>Time: 8:45 a.m.<br>Dept.: 3 (OWW) |
| _____/ | |

This Court conducted an August 1, 2006 status conference. Attorney Steven L. Robinson, Law Offices of Joseph L. Alioto and Angela Alioto, appeared by telephone for plaintiffs other than Darryl DuChene, who proceeds pro se. Neither Darryl DuChene nor any other party appeared at the status conference. At the status conference, Mr. Robinson explained that service of the summons and operative amended complaint had been completed. Defendant has not appeared in this action. On the basis of good cause, this Court:

1. SETS a status conference for September 14, 2006 at 8:30 a.m. in Department 8 (LJO) of this Court. The parties are encouraged to appear at the status conference by telephone by arranging a one-line conference call and then adding the Court at (559) 499-5680. At

1

the status conference, the parties shall be prepared to discuss defendant's response to plaintiffs' operative amended complaint;

2. SETS a mandatory scheduling conference for October 13, 2006 at 8:45 a.m. in Department 3 (OWW);

3. ORDERS the parties, no later than October 5, 2006, to file a Joint Scheduling Report which includes the information required by Exhibit A to the October 27, 2005 order setting the original scheduling conference and to e-mail a copy of the Joint Scheduling Report as an attachment to owworders@caed.uscourts.gov and formatted in WordPerfect or Word;

4. ORDERS the parties to otherwise comply with the October 27, 2005 order setting the original scheduling conference; and

5. DIRECTS this Court's clerk to serve a copy of this order on Assistant U.S. Attorney Brian Enos, 2500 Tulare Street, Suite #4401, Fresno, CA 93721, and if possible, by e-mail.

IT IS SO ORDERED.

**Dated:   August 1, 2006**                    /s/ Lawrence J. O'Neill
66h44d                                             UNITED STATES MAGISTRATE JUDGE