## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ROBINSON, et al., | CASE NO. CV F 05-1258 OWW LJO |
| Plaintiffs, | **ORDER TO ADOPT FINDINGS AND RECOMMENDATIONS TO DISMISS PLAINTIFF DARRYL DUCHENE** (Doc. 52.) |
| vs. | |
| JOHN SNOW, Secretary of the Treasury, | |
| Defendant. | |

**INTRODUCTION**

This Court's June 21, 2006 order set an August 1, 2006 status conference at which plaintiff Darryl DuChene ("Mr. DuChene") did not appear. At the status conference, Steven L. Robinson ("Mr. Robinson"), attorney for other plaintiffs, explained that Mr. DuChene had not retained Mr. Robinson's law firm and proceeds pro se. This Court's August 2, 2006 order required Mr. DuChene, no later than August 16, 2006, to show cause in writing why this action should not be dismissed due to Mr. DuChene's failure to comply with the June 21, 2006 order, to appear at the status conference, and to otherwise prosecute this action. Mr. DuChene failed to respond to the August 2, 2006 order to show cause.

The magistrate judge issued August 18, 2006 findings and recommendations to dismiss without

prejudice plaintiff Darryl DuChene from this action pursuant to this Court's Local Rule 11-110 for Darryl DuChene's failure to prosecute this action and to comply with this Court's orders. Plaintiff Darryl DuChene failed to file timely objections to the findings and recommendations.

## CONCLUSION AND ORDER

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of this case. After carefully evaluating the record, this Court finds the magistrate judge's findings and recommendations are supported by the record and proper analysis.

Accordingly, this Court:

1. ADOPTS in full the magistrate judge's August 18, 2006 findings and recommendations; and

2. DIRECTS this Court's clerk to enter judgment in favor of defendant John Snow, Secretary of the Treasury, and against plaintiff Darryl Duchene.

IT IS SO ORDERED.

**Dated:   September 2, 2006**          /s/ Oliver W. Wanger
emm0d6                                               UNITED STATES DISTRICT JUDGE