1  ANGELA ALIOTO (SBN 130328)
   STEVEN L. ROBINSON (SBN 116146)
2  LAW OFFICES OF JOSEPH L. ALIOTO
   AND ANGELA ALIOTO
3  700 Montgomery Street
   San Francisco, CA  94111
4  Telephone: (415) 434-8700
   Facsimile: (415) 438-4638
5

6  Attorneys for Plaintiffs

7  McGREGOR W. SCOTT
   United States Attorney
8  BRIAN W. ENOS
   Assistant United States Attorney
9  United States Courthouse
   2500 Tulare Street, Suite 4401
10 Fresno, California 93721
   Telephone:  (559) 497-4000
11 Facsimile:  (559) 497-4099

12 Attorneys for Defendant John W. Snow, Secretary
   of United States Department of Treasury
13

14                **UNITED STATES DISTRICT COURT**

15                **EASTERN DISTRICT OF CALIFORNIA**

16

17 KENNETH ROBINSON, Et al,      )   1:05-cv-01258-LJO-NEW (WMW)
                 Plaintiffs,     )
                                 )   **STIPULATION TO EXTEND TIME FOR**
18      v.                       )   **DISCLOSURE OF EXPERT WITNESSES**
                                 )   **AND CLOSE OF DISCOVERY;**
19 JOHN W. SNOW, SECRETARY,      )   **[PROPOSED] ORDER RE SAME**
   UNITED STATES DEPARTMENT OF   )
20 TREASURY,                     )
                                 )
21              Defendant.       )
                                 )
22

23      Plaintiffs Kenneth Robinson, Tony Hawkins, Rudy Jackson,

24 Percy McIntosh, Nicole Williams, Tyrone Watson, Norman Alston and

25 Rick Spight ("plaintiffs") and defendant John W. Snow

26 ("defendant"), through their counsel of record in this action,

27 stipulate as follows:

28

1    WHEREAS, the existing scheduling conference order has set
2 the deadline for disclosure of experts on August 27, 2007, with
3 the deadline for disclosure of supplemental experts being
4 September 17, 2007.

5    WHEREAS, this a multiple plaintiff case of employment
6 discrimination.

7    WHEREAS, the documentary record thus far disclosed in
8 discovery has proven to be immense.

9    WHEREAS, the attorneys for the litigants in this matter have
10 diligently pursued discovery in this matter.

11    WHEREAS, the attorney for the Defendant does not anticipate
12 completing depositions of the Plaintiffs before August 27, 2007.

13    WHEREAS, the attorney for the Plaintiff does not anticipate
14 completing certain key depositions before August 27, 2007 (e.g.
15 of a corporate designee).

16    WHEREAS, the attorney for the Defendant is scheduled to
17 appear in trial before this same court in the matter of *Soldano*
18 *v. United States*, Case No. 1:01-cv-05462 LJO SMS, starting on
19 September 14, 2007.  In light of his recently inheriting this
20 case from a departed colleague, he anticipates that he will not
21 be able to participate in discovery in this matter during the
22 time of trial and for several weeks before the start of said
23 trial.

24    WHEREAS, in view of the trial referenced above, the
25 Defendant requests an extension of the discovery cut off from
26 November 16, 2007 until December 14, 2007.

27
28

THEREFORE, the parties believe it is in the best interest of all parties and in the interests of justice generally, that the deadline for disclosure of expert witnesses be extended. They therefore stipulate as follows:

1. The non-expert discovery cut off be extended until December 16, 2007;

2. The deadline for disclosure of experts be extended until on or before December 14, 2007;

3. The deadline for disclosure of supplemental or rebuttal experts be extended until on or before January 11, 2008;

4. The deadline for completion of expert witness discovery be extended until January 30, 2008.

DATED: August __, 2007             Respectfully submitted,

                                   THE LAW OFFICES OF JOSEPH L.
                                   ALIOTO & ANGELA ALIOTO


                               By: _____
                                   Steven L. Robinson
                                   Attorneys for Plaintiffs


Dated: August 14, 2007             McGREGOR W. SCOTT
                                   United States Attorney

                               By: /s/ Brian W. Enos
                                   BRIAN W. ENOS
                                   Assistant U.S. Attorney
                                   Attorneys for Defendant


IT IS SO ORDERED.

**Dated:   August 14, 2007**            /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

3