ANGELA ALIOTO, (SBN 130328)
STEVEN L. ROBINSON, (SBN 116146)
**LAW OFFICES OF JOSEPH L. ALIOTO
AND ANGELA ALIOTO**
700 Montgomery Street
San Francisco, CA 94111
Telephone: (415) 434-8700
Facsimile: (415) 438-4638

Attorneys for Plaintiff, Watson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENNETH ROBINSON,** Et al, <br><br> Plaintiffs, <br><br> vs. <br><br> **JOHN W. SNOW** etc, <br><br> Defendant. | CASE NO. 1:05-cv-01258-LJO-GSA <br><br> STIPULATION OF PARTIES TO TAKE ADDITIONAL DEPOSITIONS; ORDER OF THE COURT <br><br> (Doc. #91) |

WHEREAS, Plaintiff TYRONE WATSON desires to take up to seven (7) more depositions in this matter.

WHEREAS, Plaintiff TYRONE WATSON and his co-plaintiffs have previously taken six (6) depositions herein, the proposed depositions would place him above the maximum number of depositions provided by F.R.C.P. 30.

WHEREAS, Plaintiff TYRONE WATSON believes there is good cause to extend the number of depositions that he may take in this matter because several of the six depositions that have previously been taken have pertained to the cases of Plaintiffs no longer in the lawsuit.

**Robinson v. Snow**
**Stipulation re Depositions,** 1:05-cv-01258-LJO-GSA

1  WHEREAS in the interest of providing full discovery, Plaintiff TYRONE WATSON and
2  Defendant JOHN W. SNOW hereby stipulate that Plaintiff WATSON be given leave to
3  take three depositions over and above the deposition limit mandated by **FRCP 30**.

4  Date: 1/4/07				THE LAW OFFICES OF JOSEPH L.
					ALIOTO AND ANGEL ALIOTO

6					/s/ Stephen Robinson
7					By: Steven L. Robinson
					Attorneys for Plaintiff WATSON

8  Date					McGREGOR W. SCOTT
9					United States Attorney

					Electronically signed
					By: Brian W. Enos
					Attorneys for Defendant

### ORDER

GOOD CAUSE APPEARING, Plaintiff TYRONE WATSON is granted leave to conduct three depositions in addition to the number permitted in Rule 30 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

**Dated: January 8, 2008**			/s/ **Gary S. Austin**
						**UNITED STATES MAGISTRATE JUDGE**

**Robinson v. Snow**
**Stipulation re Depositions,** 1:05-cv-01258-LJO-GSA