UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ROBINSON, et al., | CASE NO. CV F 05-1258 LJO GSA |
| Plaintiffs, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| HENRY M. PAULSON, Secretary, United States Department of Treasury, | |
| Defendant. / | |

The parties' counsel notified this Court that settlement has been reached. Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, **no later than May 15, 2008,** to file a stipulation and order to dismiss this action in its entirety.

This Court VACATES all pending dates and matters, including the May 19, 2008 hearing on defendant's alternative motions to dismiss or for summary judgment, the June 3, 2008 pretrial conference, and the June 23, 2008 trial.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 16-160 and Local Rule 16-272.

IT IS SO ORDERED.

**Dated:   April 23, 2008**                    /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE