McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant Henry M. Paulson, Jr.,
Secretary of the United States Treasury Department

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ROBINSON, DARRYL DUCHENE, TONY HAWKINS, RUDY JACKSON, PERCY McINTOSH, RICK SPIGHT, TYRONE WATSON, NICOLE WILLIAMS, NORMAN ALSTON,<br><br>        Plaintiffs,<br><br>    v.<br><br>HENRY M. PAULSON, JR., UNITED STATES DEPARTMENT OF TREASURY,<br><br>        Defendant. | 1:05-cv-01258-LJO-GSA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT AS TO PLAINTIFF WATSON ONLY; ORDER**<br><br>[Fed. R. Civ. Proc. 41(a)] |

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff TYRONE WATSON and Defendant HENRY M. PAULSON, JR., Secretary of the United States Treasury, by and through undersigned counsel, hereby stipulate to dismissal of the action with prejudice, pursuant to a Settlement Agreement entered into by the parties effective May 30, 2008. The parties request that the Court retain jurisdiction to enforce if necessary the Settlement Agreement.

///

///

///

///

1

|   |   |   |
|---|---|---|
|   | Respectfully submitted, |   |
| Dated: May 30, 2008 | Law Offices of Joseph L. Alioto and Angela Alioto |   |
|   | (As auth. 5/30/08) |   |

By:   /s/ Joseph Alioto Veronese
      JOSEPH ALIOTO VERONESE
      Attorneys for Plaintiff
      Tyrone Watson

Dated: May 30, 2008   .         McGREGOR W. SCOTT
                                United States Attorney


By:   /s/Brian W. Enos
      BRIAN W. ENOS
      Assistant U.S. Attorney
      Attorneys for Defendant

IT IS SO ORDERED.

**Dated:    June 2, 2008**               **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE