BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the Secretary of the Treasury and
the Internal Revenue Service

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ROBINSON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TIMOTHY GEITHNER, Secretary of the Treasury, and the INTERNAL REVENUE SERVICE,<br><br>Defendants. | CASE NO. 1:05-cv-01258-LJO-GSA<br><br>**ORDER DISMISSING PLAINTIFFS' CLAIMS AGAINST THE INTERNAL REVENUE SERVICE FOR LACK OF JURISDICTION**<br><br>**[Fed.R.Civ.P. 41(a)(1)(A)]** |

This matter came before the Court on the parties' stipulation to dismiss Plaintiffs Kenneth Robinson's, Rudy Jackson's, and Percy McIntosh's ("Plaintiffs") claims against Defendant the Internal Revenue Service ("IRS") for lack of subject matter jurisdiction. [Docket No. 122]. Pursuant to Rule 41(a)(1)(A), and for good cause showing, it is hereby ORDERED THAT Plaintiffs' claims are DISMISSED against the IRS for lack of jurisdiction. Plaintiffs claims remain against the United States of America to prevent closing of this action.

IT IS SO ORDERED.

**Dated:   March 22, 2010**          /s/ Lawrence J. O'Neill
                                                       UNITED STATES DISTRICT JUDGE