BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for the Secretary of the Treasury

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ROBINSON, *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>TIMOTHY GEITHNER, Secretary of the Treasury, and the INTERNAL REVENUE SERVICE,<br><br>　　Defendants. | CASE NO. 1:05-cv-01258-LJO-SKO<br><br>**STIPULATION TO EXTEND NON-EXPERT DISCOVERY DEADLINE**<br><br>**[Fed.R.Civ.P. 16]** |

　　Pursuant to Rule 16 of the Federal Rules of Civil Procedure, Plaintiffs Kenneth Robinson, Rudy Jackson, and Percy McIntosh and Defendant Timothy Geithner, Secretary of the Treasury, through their respective counsel, hereby submit the following stipulation to extent the non-expert discovery deadline by one month.

## **RECITALS**

　　1.　Pursuant to the Court's January 14, 2010, Scheduling Conference Order, non-expert discovery is to conclude on September 30, 2010.

　　2.　The parties have engaged in discovery in this matter, including propounding numerous interrogatories, requests for admissions and document production requests.

　　3.　The parties are currently in the process of locating identifying witnesses and scheduling their depositions.

Stipulation and Order re
Non-Expert Discovery Deadline

4. Due to the limited availability of counsel and witnesses, all depositions of the non-expert witnesses will not be concluded by September 30, 2010 despite the parties' diligent efforts.

5. The parties estimate that, taking into the unavailability of counsel for the Secretary and Plaintiffs, non-expert discovery will be concluded by November 1, 2010.

6. This is the first extension sought by the parties with respect to discovery in this matter after remand, and extension of the non-expert discovery deadline will not affect the other dates set by the Court in the Scheduling Conference Order.

## **STIPULATION**

Accordingly, based upon the foregoing recitals, the parties hereby STIPULATE that,

1. The deadline for non-expert discovery shall be extended to **November 1, 2010**; and

2. All other pretrial and trial dates shall remain as set in the Court's Scheduling Conference Order.

It IS SO STIPULATED

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Date: September 7, 2010        */s/ Todd A. Pickles*
                                By: TODD A. PICKLES
                                Assistant United States Attorney

                                Attorneys for the Secretary of the Treasury and the Internal Revenue Service


LAW OFFICES OF ANGELA ALIOTO

Date: September 7, 2010        */s/ Steven L. Robinson*
                                By: STEVEN L. ROBINSON

                                Attorneys for Plaintiffs Kenneth Robinson, Rudy Jackson, and Percy McIntosh

IT IS SO ORDERED.

**Dated:   September 9, 2010**          */s/ Sheila K. Oberto*
                                UNITED STATES MAGISTRATE JUDGE